**18CV4468**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARABIAN PARKER, TANZANIA McCLOUD, GEORGE PARKER,
JONATHAN WHITE, CONTESSA BOWERS, THOMAS BOWERS, ARABIA BOWERS,
AND GEORGETTE BOWERS ON BEHALF OF THEIR DECEASED FATHER THOMAS BOWERS

VS.

US ATTORNEY AND US MARSHAL OF THE SOUTHERN DISTRICT AND ALL DEFENDANTS PROSECUTED UNDER THE DRUG KINGPIN ACT AND COMPREHENSIVE DRUG PREVENTION & CONTROL ACT OF 1970 UNDER RULE E, 28 USCA: SUBSECTION 1921; 28 USCA SUBSECTION 1918; 21 USCA SUBSECTION 848(d) and USCA SUBSECTION 853(a)(1)(2)

---

PLAINTIFFS DEMAND A TRIAL BY JURY

CIVIL RIGHTS COMPLAINT PURSUANT TO COMPREHENSIVE DRUG PREVENTION AND CONTROL ACT OF 1970, SUBSECTION 413(a)&430

---

Plaintiffs in the above-captioned action, alleges as follows:

1. This is a civil action seeking relief and damages to protect their rights under the US Constitution. This action is brought pursuant to the Civil Rights Act under the Comprehensive Drug prevention & Control Act of 1970; 42 USC 1983; 1331 ;1343(3)(4) and 2201.
2. Plaintiffs, Arabian Parker, et al residing at Attica C.F., PO Box 149 on behalf of his siblings, neices and nephews and deceased brother and mother. Whose locations will be divulged upon discovery/interogatories.
3. Defendants, US Attorney, whose place of business is One Saint Andrews Plaza, NY, NY 10007 and US Marshal at 500 Pearl Street, Suite 400, NY, NY 10007 and various defendants located at various Federal Prisons and/or are deceased.

*THIS MATTER IS NOT GRIEVABLE UNDER THE DRUG KINGPIN LIABILITY ACT.

FACTS:

The plaintiff avers that he along with his siblings, neices, nephews, deceased brother and mother are entitled to join in one cause of action as plaintiffs for monetary and property seized, and/or forfeited, which is now in the care, custody and control of the US Attorney and US Marshal wherein they gained care, custody and control over all drug dealers and traffikers who trasnported, and sold drugs throughout the State of New York and vicariously subjected the plaintiff and siblings, neices and nephews

-1-

as well as deceased mother and brother:

to drug addictions and dependencies that significantly affected the aforementioned pyschologically, socially, mentally and as a family.

These damages were in the forms of children being subjected to sexual abuses, displacement and being seperated as wards of the State.

The plaintiff due to his mother's drug addiction(cocaine, crack and herion) was subjected to years of neglect and abuse wherein he and his siblings were placed in foster care and while being in this care, the plaintiff underwent molestation and maltreatment. Plaintiff also became drug dependent and suffered from mental illnesses. The plaintiff avers that under the Drug King pin liability Act(liability for civil damages) that he as well as his siblings and neices and nephews as well as his deceased mother and brother may join in on one cause of action for damages against a drug dealer/trafficker; as plaintiffs, if each action has at least one place of illegal drug activity and/or if any portion of the period of illegal drug use for every plaintiff overlaps and that a person other than a user is entitled to bring action to recover damages caused by the use of an illegal drug by an individual parent, legal guardian, child, spouse, etc. Due to the proliferation of illegal drugs that were used by the mother of plaintiff and the fact that these drugs were trafficked and sold within New York State by drug kingpins, who were convicted by evidences of the defendants. The plaintiff contends that the confiscation of any monies and properties by defendants from these criminal defendants entitles him and his siblings, etc. to a substantial portion of such. In that both of these defendants by law have possession of these monies and properties and have basically unjustly enriched themselves; additionally, the US Attorney and Marshal have deprived the plaintiff of the availability of the monies and properties by seizing such, and distributing parts of these monies and properties to agencies associated with their offices and/or established recovery and crime victim agencies, without making these forfeitures, and monies available to actual victims such as the plaintiff and siblings, neices, nephews and deceased mother and brother

CAUSE OF ACTION:

Due to the criminal liablity of those drug kingpins who have been subjected to convictions and forfeitures within New York State, the plaintiff, et al is entitled to portions of these monies and forfeitures in accordance with the Drug Kingpin liability Act and Comprehensive Drug Prevention & Control Act of 1970.

WHWEREFORE, the plaintiff seeks unspecified monies that are in the possession of defendants and for any further relief envisaged in the Drug Kingpin Act of 1970.

*[signature]*
Arabian Parker, et al.

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Arabian Parker | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| US Attorney, US Marshal and Drug Kingpin defendants | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
US Attorney, One St. Andrew's Plaza, NY, NY 10007
US Marshall 500 Pearl St. , NY, NY 10007

    A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: March 13, 2018

*Signature of Clerk or Deputy Clerk*

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Arabian Parker, et al.

**(b)** County of Residence of First Listed Plaintiff: **Wyoming**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-se

## DEFENDANTS
US Attorney, US Marshal and Drug Kingpin Defendants

County of Residence of First Listed Defendant: **New York**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 USCA subsection 1918
Brief description of cause: Drug Kingpin Liability Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

```
15:45:16 Friday, March 16, 2018

   KICSM80                         ICAS SYSTEM                         03/16/18
                             NYS DEPT OF CORRECTIONS                   15:45:14
                             209-INMATE BALANCE SCREEN
                                     PHONE: ( 716 ) 591 2000 EXT: 2000
         NYSID: 02058903M            FAX:   ( 716 ) 591 2000 EXT: 2099
           DOB: 12/07/84             CURRENT FACILITY: ATTICA
     FULL NAME: PARKER ARABIAN
           DIN: 10B1972           ************************************
                                  *         ENCUMBRANCES             *
                                  *   TOTAL:             33.16       *
   SPENDABLE BALANCE:    6.63     *   COLLECTED:         33.16       *
                                  *   OUTSTANDING:        0.00       *
                                  ************************************

                    SPENDABLE FOR LAST        TOTAL DEPOSITS FOR
                       SIX MONTHS              LAST SIX MONTHS
        OLDEST            8.90                       63.30
          ||             28.96                       83.68
          ||             23.04                       30.80
          ||            156.06                      230.25
          \/              7.57                       21.90
        NEWEST            5.29                       14.00
                                                             NEXT DIN:
   ANOTHER LOOKUP - KEY NEXT DIN PRESS <ENTER>   RETURN TO MENU PRESS <PF3>
```

10B1972
x 149
1

RECEIVED
2018 MAY 18 PM 2:40
CLERK'S OFFICE
S.D.N.Y.

NEOPOST
05/15/2018
US POSTAGE $003.50⁰
ZIP 14011
041M11284163

Pro Se


ATTICA CORR FACILITY

CLERK, USDC
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007