# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ARABIAN PARKER 10B1972
(full name of the plaintiff/petitioner)

-against-

U.S. ATTORNEY, et al.,

(full name(s) of the defendant(s)/respondent(s))

18 CV 4468 (C)(M)
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-15-18

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) if I am granted IFP status, the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

6·10·18
Date

[Signature]
Signature

Parker Arabian G.
Name (Last, First, MI)

10B1972
Prison Identification #

639 Exchange St
Attica C.F., Box 149
Address

Attica
City

N.Y.
State

14011-0149
Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 8/5/15

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Aaron Pelzer DIN:

LEGAL MAIL

RECEIVED
JUN 15 2018
CLERK'S OFFICE
USDC SDNY

U.S. District Court
500 Pearl St.
New York N.Y. 10007-1312
Civil Dkt.